```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

UNITED STATES OF AMERICA                                    RESPONDENT

VERSUS                               CIVIL ACTION NO. 5:05cv191-DCB
                                         CRIMINAL NO. 5:02cr3-DCB

CHRISTOPHER JOHN MILTON                                      PETITIONER

                              ORDER

This matter is before the Court on the petitioner's motion and application seeking permission to proceed <u>in</u> <u>forma</u> <u>pauperis</u> [**docket entry no. 21**].  This Court, being fully advised in the premises and having examined the motion and application is of the opinion that the motion is well-taken and should be granted.  Accordingly,

IT IS HEREBY ORDERED that petitioner's motion and application for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> [**docket entry no. 21**] is **GRANTED.**

SO ORDERED, this the  <u>7th</u>  day of February, 2006.


                                    <u>s/David Bramlette</u>
                                    UNITED STATES DISTRICT JUDGE