IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                   RESPONDENT

VS.                                    CIVIL ACTION NO. 5:05cv191-DCB
                                       CRIMINAL NO. 5:02cr3-DCB

CHRISTOPHER JOHN MILTON                                     PETITIONER

<u>ORDER</u>

This cause is before the Court <u>sua sponte</u>, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the petitioner's motion, the Court finds that a response to the motion by the government is required. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the plaintiff's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence in criminal action no. 5:02cr3, within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the  <u>7th</u>  day of February, 2006.

                                         <u>s/David Bramlette</u>
                                  UNITED STATES DISTRICT JUDGE