**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                               RESPONDENT

VS.                                      CIVIL ACTION NO. 5:05cv191-DCB-JCS
                                              CRIMINAL NO. 5:02-cr-3-DCB

CHRISTOPHER JOHN MILTON                                                  PETITIONER

## FINAL JUDGMENT

This matter came before the Court on the petitioner's motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 [**docket entry 1** in civil action 5:05cv191, and **docket entry 20** in criminal action 5:02cr3], and the Court denied the motion in a Memorandum Opinion and Order.  Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the 14th day of June, 2006.


                                         S/DAVID BRAMLETTE
                                         UNITED STATES DISTRICT JUDGE